UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| CANDY MCALLISTER, | ) |
| Plaintiff, | ) Case No. 3:12-cv-0078 |
| | ) Jury Demand |
| v. | ) |
| | ) Judge Trauger |
| QUALITY MOBILE X-RAY SERVICES, INC. | ) Magistrate Judge Bryant |
| Defendant. | ) |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

WHEREAS, Plaintiff and Defendant have entered into a Confidential Settlement and Release Agreement which fully settles all claims asserted by the parties in this case;

IT IS HEREBY ORDERED, pursuant to Rule 41 of the Federal Rules of Civil Procedure, that all claims that Plaintiff has pending against Defendant are dismissed with prejudice.

IT IS SO ORDERED.

_____
ALETA A. TRAUGER
UNITED STATES DISTRICT JUDGE